IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MERCHANTS MUTUAL INSURANCE COMPANY, ET AL., | : : : | CIVIL ACTION NO. 02-3635 |
| Plaintiff, | : | |
| v. | : : | |
| NORFOLK & DEDHAM MUTUAL FIRE INSURANCE COMPANY, | : : : | |
| Defendants. | : | |

FIRST AMENDED SCHEDULING ORDER

**AND NOW**, this    day of **March, 2003,** upon the joint motion for extension of time, and pursuant to Federal Rule of Civil Procedure 16, Local Rule of Civil Procedure 16.1(b), and § 2:01 of the Civil Justice Expense and Delay Reduction Plan, it is hereby **ORDERED** that:

1. All discovery shall be completed by **June 25, 2003** (pursuant to Federal Rule of Civil Procedure 26(a)(2), plaintiff's experts' identities and their reports (including any curricula vitae) shall be disclosed by **June 25, 2003**);

2. Any motions for summary judgment shall be filed by **July 25, 2003,** provided that the parties submit a statement of uncontested facts with any such motion.  Responses to any motions for summary judgment shall be filed within the time permitted under Local Rule of Civil Procedure 7.1(c);

3. Pretrial memoranda pursuant to Local Rule of Civil

Procedure 16.1(c); proposed voir dire questions, jury instructions,[1] special interrogatories, and verdict forms for a jury trial (or proposed findings of fact and conclusions of law for a non-jury trial); and any motions in limine shall be filed (with a copy of each also delivered to Chambers)[2] by **August 15, 2003**;

    4.  The case shall be placed in the trial pool on **August 25, 2003.**  Once placed in the trial pool, a case may be called to trial upon 24 hours' notice to counsel;

    5.  If agreeable to both parties, counsel for plaintiff shall telephone Chambers to schedule a settlement conference with a Magistrate Judge; and

    6.  Plaintiff's counsel shall advise the Court promptly of any settlement of the case.

    **AND IT IS SO ORDERED.**

    **EDUARDO C. ROBRENO,    J.**

---

1. Each proposed jury instruction should be numbered, should appear on a separate page, and should include citations to the authorities supporting the proposed instruction.

2. When possible, a courtesy copy of proposed jury instructions (or proposed findings of fact and conclusions of law) should be submitted to Chambers on an IBM-compatible computer diskette, in addition to the hard courtesy copy.