```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


MERCHANTS MUTUAL INSURANCE      :      CIVIL ACTION
COMPANY et al.,                 :
        v.                      :
                                :
NORFOLK & DEDHAM MUTUAL         :
FIRE INSURANCE COMPANY,         :      NO.02-3635
```

## **O R D E R**

AND NOW, this **10th** day of **June, 2003,** it is Ordered that the Telephone Discovery Conference initially scheduled on June 13, 2003 is **RESCHEDULED** on **June 16, 2003** at **4:00 p.m.**


        ATTEST:                      or    BY THE COURT


        BY:_____          _____
        Deputy Clerk                          Judge

C.V. 12 (4/99)

xc via Fax:

Eric Fitzgerald, Esquire
Stephen Scheuerle, Esquire