**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MERCHANTS MUTUAL INSURANCE COMPANY and WALTER B. GALLAGHER COMPANY n/k/a GALLAGHER FLUID SEALS, INC., : : : : | |
| Plaintiffs : | |
| : | CIVIL ACTION - LAW |
| vs. : | |
| : | |
| NORFOLK & DEDHAM MUTUAL FIRE INSURANCE COMPANY, : : | |
| Defendant : | NO. 02-CV-3635 |

## ORDER

Upon consideration of the Plaintiffs' Motion to Compel the Deposition of Joseph Haswell,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion is Granted.

2. Joseph Haswell shall appear at the law offices of Marshall, Dennehey, Warner, Coleman & Goggin, 1845 Walnut Street, Philadelphia, PA on July 2, 2003, at 10:00 am. for the purpose of providing deposition testimony.

3. Upon the failure of Joseph Haswell to appear and provide such testimony, Plaintiffs will be permitted to present an application to the Court for appropriate costs and/or sanctions, if appropriate.

BY THE COURT:

_____
THE HONORABLE EDUARDO C. ROBRENO